UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

                Petitioner,

-against-

SMALLS KISSA,

                Respondent.

19-CV-10280 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 19, 2019, denying the petition without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 19, 2019
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge